UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Bruce R. Marshall, )
              Plaintiff, )
)
v. ) **JUDGMENT**
)
Michael J. Astrue., ) No. 5:10-CV-255-D
              Defendant. )
)

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs objections to the M&R [D.E. 44] are OVERRULED, plaintiffs motion for judgment on the pleadings [D.E. 34] is DENIED, defendant's motion for judgment on the pleadings [D.E. 40] is GRANTED, and defendant's final decision is AFFIRMED.

**This judgment filed and entered on March 5, 2012, and served on:**

Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

March 5, 2012                                                               /s/ Julie Richards,
                                                                                     Clerk of Court